**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

KENNETH FRANKLIN                                                                              PLAINTIFF

V.                                     No. 4:16CV00125-JM-JTR

DON DODSON                                                                                      DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED THAT this action is DISMISSED in its entirety, without prejudice, and Mr. Franklin's Motion for Leave to Proceed *In Forma Pauperis*, *Doc. 1*, is DENIED as moot.

DATED this 28th day of April, 2016.

_____
UNITED STATES DISTRICT JUDGE